UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 4:18 CR 264 RWS/PLC |
| | ) | |
| ZACHARY KYLE HAMBY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT'S MOTION FOR EXTENSION
OF TIME TO FILE PRE-TRIAL MOTIONS

COMES NOW, Defendant, Zachary Kyle Hamby, through his attorneys, The Hale Law Firm, by Larry D. Hale, and moves for an extension of time within which to file pre-trial Motions from September 24, 2018 to a future date at least 30 days from June 25, 2018.  In support of said Motion, Defendant states as follows:

1.  Defense counsel has received discovery material from the Government and a review of that material is ongoing.  Additional time is needed to complete a review of the discovery material.
.

WHEREFORE, Defendant respectfully requests that this Court enter its order extending the deadline for the filing of Defendant's pre-trial motions to a new date at least thirty (30) days after September 24, 2018.

Respectfully Submitted,
THE HALE LAW FIRM

_____/S/  Larry D. Hale_____
Larry D. Hale, #26997MO
Counsel for Defendant, Hamby
1221 Locust, Suite 310
St. Louis, MO 63103
(314)231-3168
(314)231-4072 (Fax)

1

## **CERTIFICATE OF SERVICE**

      This is to certify that a copy of the foregoing was electronically delivered to all counsel of record on this  24th  day of September, 2018, through the Court's electronic filing system.

                                              /S/   Larry D. Hale
                                              Larry D. Hale